UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                    CASE NO. 23-20345
                                        HON. TERRENCE G. BERG

AARON RAY FETTERS,

        Defendant.

_____/

## ORDER PERMITTING WITHDRAWAL OF APPOINTED COUNSEL AND SUBSTITUTION OF RETAINED COUNSEL

This matter, having come before the Court on the Stipulation of the parties,

IT IS HEREBY ORDERED that Stacey M. Studnicki of the Federal Community Defender Office is permitted to withdraw from representation in the above matter and Joe Brugnoli is substituted as Counsel for Defendant based upon his appearance filed in the above-styled case.

SO ORDERED:

                                              /s/Terrence G. Berg
                                              HONORABLE TERRENCE G. BERG
                                              UNITED STATES DISTRICT JUDGE

Dated: June 29, 2023

| | |
|---|---|
| /s/ *Stacey M. Studnicki* | /s/ *Joe Brugnoli (with consent)* |
| Stacey M. Studnicki (P45133) | Joe Brugnoli (P76971) |
| Federal Community Defender Office | Attorney at Law |
| 613 Abbott Street, Suite 500 | P.O. Box 233 |
| Detroit, MI 48226 | Sparta, MI 49345 |
| (313) 967-5856 | (517) 294-3580 |
| Stacey_studnicki@fd.org | Rangerlawpllc@yahoo.com |
| | |
| Dated: June 27, 2023 | Dated: June 27, 2023 |